**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION**

**MDL _____   In re: TIKTOK IN-APP BROWSER PRIVACY LITIGATION**

**SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
| --- | --- | --- | --- |
| **Plaintiff(s):** Austin Recht, individually and on behalf of all others similarly situated<br>**Defendant(s):** TikTok Inc. (f/k/a Musical.ly, Inc.); ByteDance Inc.; Beijing Douyin Information Service Co. Ltd. a/k/a ByteDance Technology Co. Ltd.; and Douyin Ltd. a/k/a ByteDance Ltd. | C.D. California | 2:22-cv-08613-MEMF-AGR | District Judge Maame Ewusi-Mensah Frimpong |
| **Plaintiff(s):** E.K., through her/his guardian, SHLOMA KALLER, individually and on behalf of themselves and all others similarly situated<br>**Defendant(s):** TikTok, Inc.; ByteDance Inc. | S.D. New York | 7:22-cv-10574-CS | District Judge Cathy Seibel |
| **Plaintiff(s):** Isabella Kowalski, individually and on behalf of all others similarly situated<br>**Defendant(s):** TikTok, Inc.; ByteDance Inc. | E.D. Pennsylvania | 2:22-cv-04947-MAK | District Judge Mark A. Kearney |

1

Dated:   December 15, 2022

Respectfully submitted,

By: */s/ Roland Tellis*
BARON & BUDD, P.C.
Roland Tellis
rtellis@baronbudd.com
Sterling Cluff
scluff@baronbudd.com
David Fernandes
dfernandes@baronbudd.com
Shannon Royster
sroyster@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
Facsimile: 818-986-9698

Don Bivens
don@donbivens.com
DON BIVENS PLLC
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone: 602.708.1450

Counsel for Plaintiff Austin Recht and the putative class
(*Recht, v. TikTok Inc. et al.*, Case No. 2:22-cv-08613 (C.D. Cal. Nov. 25, 2022))