BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

MDL _____ In re: TIKTOK IN-APP BROWSER PRIVACY LITIGATION

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiffs' Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings, Memorandum of Law and Fact in support of said Motion, Schedule of Actions with Docket Sheets and Complaints attached as exhibits, the Oral Argument Statement, and this Proof of Service were served by FedEx and/or electronic mail on December 15, 2022, to the following:

| |
|---|
| Clerk, Central District of California<br>Western Division<br>First Street U.S. Courthouse<br>350 W. 1st Street, Suite 4311<br>Los Angeles, CA 90012-4565 |
| Clerk, Southern District of New York<br>White Plains Division<br>Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse<br>300 Quarropas Street<br>White Plains, NY 10601 |
| Clerk, Eastern District of Pennsylvania<br>Philadelphia Division<br>James A Byrne U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 |
| Clerk, Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, NE<br>Room G-255, North Lobby<br>Washington, DC 20544-0005 |

| |
|---|
| Roland Tellis<br>rtellis@baronbudd.com<br>Sterling Cluff<br>scluff@baronbudd.com<br>David Fernandes<br>dfernandes@baronbudd.com<br>Shannon Royster<br>sroyster@baronbudd.com<br>BARON & BUDD, P.C.<br>15910 Ventura Boulevard, Suite 1600<br>Encino, CA 91436<br>Telephone: 818.839.2333<br>Facsimile: 818.986.9698<br>    Counsel for Plaintiff: Austin Recht, individually, and on behalf of all others similarly situated<br>    *C.D. Cal. Case No. 2:22-cv-08613-MEMF-AGR* |
| Don Bivens<br>don@donbivens.com<br>DON BIVENS PLLC<br>15169 N. Scottsdale Road, Suite 205<br>Scottsdale, AZ 85254<br>Telephone: 602.708.1450<br>    Counsel for Plaintiff: Austin Recht, individually, and on behalf of all others similarly situated<br>    *C.D. Cal. Case No. 2:22-cv-08613-MEMF-AGR* |
| Israel David<br>israel.david@davidllc.com<br>Blake Hunter Yagman<br>blake.yagman@davidllc.com<br>ISRAEL DAVID LLC<br>17 State Street, Suite 4010<br>New York, NY 10004<br>Telephone: 212.739.0622<br>Facsimile: 212.739.0628<br>    Counsel for Plaintiff: E.K., through her/his guardian, Shloma Kaller, individually and on behalf of themselves and all others similarly situated<br>    *S.D.N.Y. Case No. 7:22-cv-10574-CS* |

Kenneth J. Grunfeld, Esq.
GOLOMB SPIRT GRUNFELD, P.C.
1835 Market Street, Suite 2900
Philadelphia, PA 19104
kgrunfeld@golomblegal.com
> Counsel for Plaintiff: Isabella Kowalski, individually, and on behalf of all others similarly situated
> *E.D. Penn. Case No. 2:22-cv-04947-MAK*

Steven Sukert, Esq.*
Jeff Ostrow, Esq.*
Jonathan M. Streisfeld, Esq.*
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
sukert@kolawyes.com
ostrow@kolawyers.com
streisfeld@kolawyers.com
> Counsel for Plaintiff: Isabella Kowalski, individually, and on behalf of all others similarly situated
> *E.D. Penn. Case No. 2:22-cv-04947-MAK*

Anthony J. Weibell
aweibell@wsgr.com
Victor H. Jih
vjih@wsgr.com
Samantha A. Machock
smachock@wsgr.com
Thomas Robert Wakefield
twakefield@wsgr.com
Kelly H. Yin
kyin@wsgr.com
WILSON SONSININ GOODRICH AND ROSATI PC
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650.493.9300
Facsimile:650.565.5100
> Counsel for Defendants TikTok Inc. (formerly known as Musical.ly Inc.) and ByteDance Inc.[1]
> *C.D. Cal. Case No. 2:22-cv-08613-MEMF-AGR*

---

[1] Dockets for the E.D. Pennsylvania and S.D. New York actions indicate that Defendants have not been served, and counsel for Defendants have not entered appearances in those cases yet.

3

| |
|---|
| TikTok Inc.<br>c/o Registered Agent:<br>Corporation Service Company<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833<br>    *S.D.N.Y. Case No. 7:22-cv-10574-CS*<br>    *E.D. Penn. Case No. 2:22-cv-04947-MAK* |
| ByteDance Inc.<br>c/o Registered Agent:<br>Corporation Service Company<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833<br>    *S.D.N.Y. Case No. 7:22-cv-10574-CS*<br>    *E.D. Penn. Case No. 2:22-cv-04947-MAK* |
| Beijing Douyin Information Service Co. Ltd. a/k/a<br>ByteDance Technology Co. Ltd.<br>Room 10A, Building 2, No. 48, Zhichun Road,<br>Beijing, 100098 China<br>    *C.D. Cal. Case No. 2:22-cv-08613-MEMF-AGR* |
| Douyin Ltd. a/k/a ByteDance Ltd.<br>Room 503 5F Building 2, 43 North Third Ring West Road<br>Beijing, 100086 China<br>    *C.D. Cal. Case No. 2:22-cv-08613-MEMF-AGR* |

Dated:   December 15, 20222          Respectfully submitted,

By:   */s/ Roland Tellis*
       BARON & BUDD, P.C.
       Roland Tellis
       rtellis@baronbudd.com
       Sterling Cluff
       scluff@baronbudd.com
       David Fernandes
       dfernandes@baronbudd.com
       Shannon Royster
       sroyster@baronbudd.com
       15910 Ventura Boulevard, Suite 1600
       Encino, CA 91436
       Telephone: 818-839-2333
       Facsimile: 818-986-9698

Don Bivens
don@donbivens.com
DON BIVENS PLLC
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone: 602.708.1450

Counsel for Plaintiff Austin Recht and the putative class
(*Recht, v. TikTok Inc. et al.*, Case No. 2:22-cv-08613 (C.D. Cal. Nov. 25, 2022))