**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

IN RE: TIKTOK IN-APP BROWSER            MDL Docket No. 3067
CONSUMER PRIVACY LITIGATION

_____/

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiff Cinnamon Smith ("Plaintiff") hereby notifies the Clerk of the JPML of the potential tag-along action listed on the attached Schedule of Potential Tag-Along Actions.

Plaintiff respectfully submits that this potential tag-along action involves common questions of law and fact with the actions currently under consideration for transfer pursuant to 28 U.S.C. § 1407, and therefore, should be considered as a related action for purposes of this pending multidistrict litigation.

Copies of the docket sheet and Complaint for the potential tag-along action are attached.

Dated: January 11, 2023.

                                                       Respectfully submitted,

                                                       */s/ Jeff Ostrow*_____
                                                       Jeff Ostrow, Esq.
                                                       **KOPELOWITZ OSTROW FERGUSON
                                                       WEISELBERG GILBERT**
                                                       One West Las Olas Blvd., Suite 500
                                                       Fort Lauderdale, FL 33301
                                                       ostrow@kolawyers.com

                                                       *Counsel for Plaintiff and the Putative Class*
                                                       (*Cinnamon Smith v. TikTok, Inc., et al.*, No.
                                                       1:23-cv-00134 (N.D. Ill.))