BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: TIKTOK IN-APP BROWSER             MDL Docket No. 3067
CONSUMER PRIVACY LITIGATION

_____/

**SCHEDULE OF POTENTIAL TAG-ALONG ACTION**

| No. | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | Cinnamon Smith; Alison Paige; Marrchelle Tanzymore; Carolyn Smith | TikTok, Inc.; ByteDance, Inc. | Northern District of Illinois | 1:23-cv-00134 | Judge Thomas M. Durkin |

Dated: January 11, 2023.

                                              Respectfully submitted,

                                              */s/ Jeff Ostrow*_____
                                              Jeff Ostrow, Esq.
                                              **KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
                                              One West Las Olas Blvd., Suite 500
                                              Fort Lauderdale, FL 33301
                                              ostrow@kolawyers.com

                                              *Counsel for Plaintiff and the Putative Class* (*Cinnamon Smith v. TikTok, Inc., et al.*, No. 1:23-cv-00134 (N.D. Ill.))