**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

**MDL 3067 In re: TIKTOK IN-APP BROWSER PRIVACY LITIGATION**

**PROOF OF SERVICE**

In compliance with Rule 4.1 of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Potential Tag-Along Action, and this Proof of Service were served by electronic mail via the CM/ECF system on January 11, 2023, to the following:

| |
|---|
| Clerk, Central District of California<br>Western Division<br>First Street U.S. Courthouse<br>350 W. 1st Street, Suite 4311<br>Los Angeles, CA 90012-4565 |
| Clerk, Eastern District of Pennsylvania<br>Philadelphia Division<br>James A Byrne U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 |
| Clerk, Southern District of New York<br>White Plains Division<br>Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse<br>300 Quarropas Street<br>White Plains, NY 10601 |
| Clerk, District of New Jersey<br>Martin Luther King Building<br>& U.S. Courthouse<br>50 Walnut Street<br>Newark, NJ 07102 |
| Clerk, Northern District of Illinois<br>Dirksen U.S. Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604 |

| |
|---|
| Clerk, Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, NE<br>Room G-255, North Lobby<br>Washington, DC 205440005 |
| Roland Tellis<br>rtellis@baronbudd.com<br>Sterling Cluff<br>scluff@baronbudd.com<br>David Fernandes<br>dfernandes@baronbudd.com<br>Shannon Royster<br>sroyster@baronbudd.com<br>BARON & BUDD, P.C.<br>15910 Ventura Boulevard, Suite<br>1600 Encino, CA 91436<br>Telephone: 818.839.2333<br>Facsimile: 818.986.9698<br>Counsel for Plaintiff: Austin Recht, individually, and on behalf of all others similarly situated<br>*C.D. Cal. Case No. 2:22-cv-08613-MEMF-AGR* |
| Don Bivens<br>don@donbivens.com<br>DON BIVENS PLLC<br>15169 N. Scottsdale Road, Suite 205<br>Scottsdale, AZ 85254<br>Telephone: 602.708.1450<br>Counsel for Plaintiff: Austin Recht, individually, and on behalf of all others similarly situated,<br>*C.D. Cal. Case No. 2:22-cv-08613-MEMF-AGR* |
| Kenneth J. Grunfeld<br>kgrunfeld@golomblegal.com<br>GOLOMB SPIRT GRUNFELD, P.C.<br>1835 Market Street, Suite 2900<br>Philadelphia, PA 19104<br>Counsel for Plaintiff: Isabella Kowalski, individually, and on behalf of all others similarly situated<br>*E.D. Pa. Case No. 2:22-cv-04947-MAK* |
| Steven Sukert<br>sukert@kolawyes.com<br>Jeff Ostrow<br>ostrow@kolawyers.com<br>Jonathan M. Streisfeld |

| |
|---|
| streisfeld@kolawyers.com<br>KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 332-4200<br>Facsimile: (954) 525-4300<br>Counsel for Plaintiff: Isabella Kowalski, individually, and on behalf of all others similarly situated<br>*E.D. Pa. Case No. 2:22-cv-04947-MAK*<br>Counsel for Plaintiff: Candace Arroyo, individually, and on behalf of all others similarly situated<br>*C.D. Ca. Case No. 2:22-cv-09300-RGK-E*<br>Counsel for Plaintiff: Cinnamon Smith, individually, and on behalf of all others similarly situated<br>*N.D. Ill. Case No. 1:23-cv-00134* |
| Israel David<br>israel.david@davidllc.com<br>Blake Hunter Yagman<br>blake.yagman@davidllc.com<br>ISRAEL DAVID LLC<br>17 State Street, Suite 4010<br>New York, NY 10004<br>Telephone: 212.739.0622<br>Facsimile: 212.739.0628<br>Counsel for Plaintiff: E.K., through her/his guardian, Shloma Kaller, individually and on behalf of themselves and all others similarly situated,<br>*S.D.N.Y. Case No. 7:22-cv-10574-CS* |
| James E. Cecchi<br>jcecchi@carellabyrne.com<br>CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Telephone: (973) 994-1700<br>Facsimile: (973) 994-1744<br>Counsel for Plaintiff: Carina Fleming, individually and on behalf of all others similarly situated,<br>*D.N.J. Case No. 2:22-cv-07470-JXN-JSA* |
| Kristen Lake Cardoso<br>cardoso@kolawyers.com<br>KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 332-4200<br>Facsimile: (954) 525-4300 |

| |
|---|
| Counsel for Plaintiff: Candace Arroyo, individually, and on behalf of all others similarly situated<br>*C.D. Ca. Case No. 2:22-cv-09300-RGK-E* |
| Daniel L. Warshaw<br>dwarshaw@pwfirm.com<br>PEARSON WARSHAW, LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CAS 91403<br>Telephone: (818) 788-8300<br>Counsel for Plaintiff: Candace Arroyo, individually, and on behalf of all others similarly situated<br>*C.D. Ca. Case No. 2:22-cv-09300-RGK-E* |
| Jonathan M. Jagher<br>jjagher@fklmlaw.com<br>FREED KANNER LONDON & MILLEN LLC<br>932 Fayette Street<br>Conshohocken, PA 19428<br>Telephone: (610) 234-6486<br>Counsel for Plaintiff: Nate Rahn, individually, and on behalf of all others similarly situated<br>*N.D. Ill. Case No. 1:22-cv-07256* |
| Katrina Carroll<br>katrina@lcllp.com<br>LYNCH CARPENTER, LLP<br>111 W. Washington St., Suite 1240<br>Chicago, IL 60602<br>Telephone: (312) 750-1265<br>Counsel for Plaintiff: Nate Rahn, individually, and on behalf of all others similarly situated<br>*N.D. Ill. Case No. 1:22-cv-07256* |
| Gray M. Klinger<br>gklinger@milberg.com<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Telephone: (866) 252-0878<br>Counsel for Plaintiff: Nate Rahn, individually, and on behalf of all others similarly situated<br>*N.D. Ill. Case No. 1:22-cv-07256*<br>Counsel for Plaintiff: Cinnamon Smith, individually, and on behalf of all others similarly situated<br>*N.D. Ill. Case No. 1:23-cv-00134* |
| Anthony J. Weibell<br>aweibell@wsgr.com<br>Victor H. Jih |

| |
|---|
| vjih@wsgr.com<br>Samantha A. Machock<br>smachock@wsgr.com<br>Thomas Robert Wakefield<br>twakefield@wsgr.com<br>Kelly H. Yin<br>kyin@wsgr.com<br>WILSON SONSININ GOODRICH AND ROSATI PC<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: 650.493.9300<br>Facsimile: 650.565.5100<br>Counsel for Defendants TikTok Inc. (formerly known as Musical.ly Inc.) and ByteDance Inc.[1]<br>*C.D. Cal. Case No. 2:22-cv-08613-MEMF-AGR*<br>*C.D. Cal. Case No. 2:22-cv-09300-RGK-E* |
| Joseph E. O'Neil<br>joneil@campbelltriallawyers.com<br>Katherine A. Wang<br>kwang@campbell-trial-lawyers.com<br>CAMPBELL CONROY & O'NEIL, P.C.<br>1205 Westlakes Drive<br>Suite 330<br>Berwyn, PA 19312<br>Telephone: (215) 964-1900<br>Facsimile: (610) 964-1981<br>Counsel for Defendants TikTok Inc. and ByteDance Inc.<br>*E.D. Pa. Case No. 2:22-cv-04947-MAK*<br>*D.N.J. Case No. 2:22-cv-07470-JXN-JSA* |
| Beijing Douyin Information Service Co. Ltd. a/k/a<br>ByteDance Technology Co. Ltd.<br>Room 10A, Building 2, No. 48, Zhichun Road,<br>Beijing, 100098 China<br>*C.D. Cal. Case No. 2:22-cv-08613-MEMF-AGR* |
| Douyin Ltd. a/k/a ByteDance Ltd.<br>Room 503 5F Building 2, 43 North Third Ring West Road<br>Beijing, 100086 China<br>*C.D. Cal. Case No. 2:22-cv-08613-MEMF-AGR* |

[1] The dockets for the S.D.N.Y. action and the two N.D. Ill. actions indicate that counsel for Defendants have not entered appearances in those cases yet.

Respectfully submitted,

*/s/ Jeff Ostrow*____________
Jeff Ostrow, Esq.
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 332-4200
Email: ostrow@kolawyers.com

*Counsel for Plaintiff and the Putative Class*
(*Cinnamon Smith v. TikTok, Inc., et al.*, No. 1:23-cv-00134 (N.D. Ill.))